1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Tara Francis*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

Tara Francis,

    Plaintiff,

v.

COX COMMUNICATIONS, INC.,

    Defendants.

) **Case No. 2:16-cv-00428--JCM-VCF**
)
)
)
) **JOINT MOTION DISMISSING
ACTION WITH PREJUDICE**
)
)
)

  Plaintiff, Tara Francis, and Defendant, Cox Communications Inc., jointly move that the entire action be dismissed with prejudice in accordance with Fed. R.

…
…
…
…
…
…
…
…

Page **1** of **2**

Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:        July 25, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/Michael R. Weinstein, Esq.<br>Ferris & Britton, APC<br>501 West Broadway, Suite 1450<br>San Diego, California 92101<br>*Attorney for Defendant Cox Communications, Inc.* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 5, 2016